In the Matter of EDWARD S. COWLES, Respondent, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Appellant.

Argued March 6, 1944; decided April 20, 1944.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Orrin G. Judd* of counsel), for appellant.

*Lloyd P. Stryker* and *Harold Shapero* for respondent.

Order affirmed, with costs; no opinion.